**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JOHN F. CHAGNON, et al.,

                 Plaintiffs,

vs.                                        Case No. 3:06-cv-760-J-16HTS

FLORIDA DIVISION OF ELECTIONS, et al.,

                 Defendants.

_____

## **ORDER**[1]

       This case is before the Court on plaintiff's complaint (Doc. 1) in which plaintiff John

F. Chagnon seeks, *inter alia*, "an Emergency, 90 Day Preliminary Injunction" to prohibit all

Florida voting machines from leaving their secured location for use in upcoming elections.

To the extent that this complaint seeks either a temporary restraining order or a preliminary

injunction, it fails to meet the four-part standard required to secure such relief and that

request is therefore denied.  See  Siegel v. Lepore, 234 F.3d 1163, 1176 (11th Cir. 2000) (en

banc); Fed.R.Civ.P. Rule 65(a) and (b); Local Rules 4.05, 4.06.  The Court further questions

whether plaintiff has alleged any basis for federal jurisdiction over this suit.

       Accordingly, it is hereby

**ORDERED**:

Plaintiff's request for an Emergency, 90 Day Preliminary Injunction is **denied**.

---

    [1]Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically.  However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

**DONE AND ORDERED** at Jacksonville, Florida this 24th day of August, 2006.


_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record